UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO RODRIGUEZ,

        Plaintiff,

    v.

GAVIN NEWSOM, et al.,

        Defendants.

No.  2:25-cv-03334 SCR P

ORDER

Plaintiff is incarcerated in state prison and proceeding pro se with a civil rights action under § 1983.  On December 3, 2025, the undersigned ordered plaintiff to submit a motion to proceed in forma pauperis or the required fees in the amount of $405.00 within 30 days.  ECF No. 6.  More than 30 days have passed, and plaintiff has not paid the filing fees or filed a motion to proceed in forma pauperis.  However, on January 12, 2026, plaintiff filed a motion to appoint counsel in which he cites his request to proceed in forma pauperis to support his inability to pay counsel.  Id. at 1.  Because it appears that request never made it to the court, the undersigned will grant plaintiff an additional 30 days to either refile his motion to proceed in forma pauperis or pay the required filing fees in the amount of $405.00.[1]

---

[1]  If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $55.00 administrative fee.

1

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff shall submit, within 30 days from the date of service of this order:

   a.  An affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or

   b.  The required fees in the amount of $405.00;

2.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

3.  The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner.

DATED: January 20, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2