UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO RODRIGUEZ,

          Plaintiff,

    v.

GAVIN NEWSOM, et al.,

          Defendants.

No.  2:25-cv-03334 DJC SCR P

ORDER

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 27, 2026, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 13.  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations (ECF No. 13) are adopted in full; and

1

2.  Plaintiff's motion for temporary restraining order (ECF No. 10) is denied without prejudice.

3.  This matter is referred back to the Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:   **April 27, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Rodi3334.800

2